# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 15, 2020

159443 & (15)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

MARCUS WAYNE MARTIN, JR.,
   Defendant-Appellant.

SC: 159443
COA: 347375
Wayne CC: 18-006163-FC

_____/

   By order of September 25, 2019, the prosecuting attorney was directed to answer the application for leave to appeal the March 4, 2019 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED, without prejudice to the defendant's right to file a motion for relief from judgment pursuant to MCR Subchapter 6.500 that may include the issues raised for the first time in this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 15, 2020



Clerk

t0408